# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-79-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| BRIAN LEE BIG BOW, | |
| Defendant. | |

Defendant, Brian Lee Big Bow, having filed a Motion to Appear via Video (Zoom) for Arraignment; IT IS HEREBY ORDERED the Defendant, Brian Lee Big Bow may appear via video using Zoom for the Arraignment, currently scheduled for February 1, 2022, at 1:30 p.m. The Defense will contact the Clerk of Court for the Zoom link.

DATED this 1st day of February, 2022.

_John Johnston_
United States Magistrate Judge

1